AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Ryan Joseph Orlando

)
)  Case: 1:23-mj-00326
)  Assigned to: Judge Upadhyaya, Moxila A.
)  Assign Date: 11/28/2023
)  Description: COMPLAINT W/ ARREST WARRANT
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   __Ryan Joseph Orlando__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 641 - Theft of Government Property;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(A) - (Enter or remain on the floor of a House of Congress without authorization)
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 11/28/2023                                             *M.H. Upa[dhyaya]*
                                                             *Complainant's signature*

City and state:   Washington, D.C.                           Honorable Moxila A. Upadhyaya,
                                                             *United States Magistrate Judge*

---

**Return**

This warrant was received on *(date)* 11/28/23, and the person was arrested on *(date)* 11/29/23
at *(city and state)* Arlington, VA.

Date: 11/29/23                                               *Kristen Henn[essy]*
                                                             *Arresting officer's signature*

                                                             Kristen Hennessy, Special Agent
                                                             *Printed name and title*