UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.        ) | No.   24-cr-040 (CKK) |
| **RYAN ORLANDO** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS**

Ryan Orlando, through undersigned counsel, respectfully requests that the Court modify his pre-trial release conditions to allow him to travel internationally to Cyprus, Greece, in order to participate in a 3 credit course as a part of his degree at George Mason University from May 19 – May 26, 2024.  In support, counsel submits as follows.

On January 23, 2024, Mr. Orlando was charged via Information with violations of 18 U.S.C. § 641, 18 U.S.C. §1752(a)(1), and (2) , and 40 U.S.C. §5104(e)(2)(D), and (G) for allegations arising out of conduct on January 6, 2021.  *See* ECF No. 13.

Mr. Orlando has been compliant with his pre-trial release conditions since he was arrested and released on November 29, 2023.

Mr. Orlando is a student at George Mason University where is completing a Master's Degree in Public Policy. He wishes to participate in a study abroad program that will earn him 3 credits towards this degree. This course will take place in Cyprus, Greece from May 19-26, 2024.

1

Finishing this course will not only allow him to participate in a fascinating course that will address Cyprus' unique history and contemporary politics, but it will also allow him to stay on track to graduate on time.[1] If the Court approves this request, Mr. Orlando must commit by March 20, 2024. However, there are limited spots available and there is a $200 non-refundable fee to reserve his spot.

Mr. Orlando does not pose a risk of flight as he has been in perfect compliance with his pre-trial release and has significant ties to the Northern Virginia Community – including being a student in University. He has been in prompt attendance at every court proceeding in this matter.

Other courts have granted similar requests in *United States v. Antony Vo*, 21-cr-509 (TSC), Minute Order 11/18/2022 (allowing Defendant to travel on cruise outside of continental United States over government's objection); *United States v. Timothy Hart*, 21-cr-540 (PLF), ECF No. 26 (same); *United States v. Ondulich*, 23-cr-242 (APM), ECF. No. 24 (permitting defendant to travel to Mexico for grandfather's funeral and then later for Christmas to assist in handling of affairs). In all of these matters, the defendant traveled and returned to the United States as ordered.

For all these reasons, Mr. Orlando respectfully requests that the Court modify his conditions of release to permit him to travel to Cyprus, Greece from May 19-26, 2024, for the sole purpose of attending and completing a course through George Mason University. (See attached proposed order).

---

[1] https://masonabroad.gmu.edu/index.cfm?FuseAction=Programs.ViewProgramAngular&id=10645

2

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Maria N. Jacob
Assistant Federal Public Defender
D.C. Bar No. 1031486
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Maria_jacob@fd.org

3