UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN JOSEPH ORLANDO,<br>                Defendant. | Criminal Action No. 24-0040 (CKK) |

**ORDER**
(February 29, 2024)

      Pending before the Court is Defendant's [18] Motion to Modify Pre-Trial Release Conditions ("Motion" or "Mot."). Defendant requests that the Court modify his pre-trial conditions of release to permit him to travel to Cyprus, Greece, for a one-week period in May 2024 so that he may participate in a study abroad program. Mot. at 1. Defendant is currently a student at George Mason University, where he is completing a master's degree in Public Policy. *Id.* The study abroad program would earn him course credits toward this degree. *Id.* The Government opposes this request, raising risk of flight concerns. *See* Gov't's Mem. in Opp'n to Def.'s Mot. to Modify Conditions of Release ("Gov't's Opp'n"), ECF No. 19, at 4.

      Under the Bail Reform Act, if certain determinations are made, a judicial officer can release a defendant "subject to the least restrictive further condition, or combination of conditions, that such judicial officer determines will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(c)(1)(B). These conditions may include the condition that the person "abide by specific restrictions on . . . travel." *Id.* § 3142(c)(1)(B)(iv). A release order can be amended "at any time." *Id.* § 3142(c)(3).

      In November 2023, Magistrate Judge Moxila Upadhyaya of this jurisdiction ordered Defendant to be released on conditions, including the requirement that this Court approve all travel outside the United States. *See* ECF No. 8 at 3. Defendant was not required to post bond, nor is he subject to home detention, a curfew, or GPS monitoring. *See id.* at 2. Defendant did surrender his passport to Pretrial Services, is supervised by Pretrial Services, and may not possess a firearm. *Id.*

      With respect to Defendant's alleged conduct in this case, the Government raises serious allegations. *See* ECF No. 13. Specifically, the Government alleges that, on January 6, 2021, Defendant entered the Capitol Building and jointed other rioters in the Senate Chamber. *See*

Gov't's Opp'n at 4.  While there, Defendant allegedly went through various senators' desks and removed miscellaneous items before being removed by law enforcement.  *Id.*  Even after this encounter with law enforcement, Defendant allegedly re-entered the Capitol Building through a broken window.  *Id.*  Although Defendant is only charged with misdemeanors at this time, the Government correctly notes that discovery in this case is not complete; evidence is still being extracted and reviewed.  *Id.* at 5.  Therefore, "the nature and potential consequences of the charges" may change.  *Id.*

As for the request itself, Defendant appears to concede that this international travel is non-essential.  *See* Mot. at 2 ("Finishing this course will not only allow him to participate in a fascinating course . . . but it will also allow him to stay on track to graduate on time.").  Defendant does not claim that this study abroad program is his *only* opportunity to complete his degree on time.  Presumably, Defendant can select another course that will provide him with the requisite credits to graduate.

Overall, the Court does not doubt that this trip to Greece would be "fascinating" for Defendant.  Mot. at 2.  However, Defendant's pre-trial release conditions must "reasonably assure [his] appearance" in this case.  18 U.S.C. § 3142(c)(1)(B).  The Government's lack of recourse should Defendant violate his pre-trial conditions during this international trip weighs against granting Defendant's request.  Accordingly, the Court shall **DENY** Defendant's [18] Motion to Modify Pre-Trial Release Conditions.

**SO ORDERED.**

**Dated:** February 29, 2024

                                                /s/
                                             COLLEEN KOLLAR-KOTELLY
                                             United States District Judge