UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:24-cr-40 |
| | : | |
| **RYAN ORLANDO,** | : | |
| | : | |
| **Defendant.** | : | |

**PARTIES' JOINT STATUS REPORT**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Ryan Orlando, through his counsel, submit the following status report in accordance with the Court's Orders on September 10, 2024.

1. Pursuant to the Statement of Offense at Paragraph 22, the parties have agreed that Entering and Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(1) requires the following elements:

    a. First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so.

    b. Second, the defendant did so knowingly.

2. The parties also agreed as part of the Statement of Offense that, the "Defendant was aware that there would be a joint session at the U.S. Capitol on January 6, 2021, which would be presided over by Vice President Mike Pence" (Paragraph 8) and that "[t]he Defendant [] admits that he knowingly and without authority to do so entered and remained in a restricted building, specifically the United States Capitol, where the Vice President was temporarily visiting" (Paragraph 23).

3. The parties further agreed that the elements of 18 U.S.C. § 1752(a)(1), as set forth in the Statement of Offense, have been satisfied.

4.      The parties further agreed as part of the Plea Agreement that the Defendant waives "the right to appeal the conviction in this case on any basis, including but not limited to claim(s) that (1) the statute(s) to which [the Defendant] is pleading guilty is unconstitutional, and (2) the admitted conduct does not fall within the scope of the statute(s)."

5.      It is the parties' position that, notwithstanding the parties' agreement as to the facts and elements in the Statement of Offense and the appellate waiver in the Plea Agreement, the Court can make an alternative finding as to the Defendant's violation of 18 U.S.C. § 1752(a)(1). The parties agree that the Statement of Offense provides a sufficient basis to prove beyond a reasonable doubt that Defendant Orlando had knowledge that a "person protected by the Secret Service" was present at the Capitol at the relevant times.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052


By:     /s/ Taylor L. Fontan
        Taylor L. Fontan, IN Bar No. 35690-53
        Assistant United States Attorney
        601 D Street NW
        Washington, D.C. 20001
        Phone: (202) 815-8597
        Email: Taylor.fontan@usdoj.gov


By:     /s/ Maria Jacob
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C. 20004
        Phone (202) 208-7500
        Email: maria_jacob@fd.org