## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | :     Case No. 1:24-cr-40 |
| | : |
| **RYAN ORLANDO,** | : |
| | : |
| **Defendant.** | : |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Ryan Orlando (the "Defendant"), with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives

and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted

those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. The Defendant was aware that Congress would be meeting on January 6, 2021, to certify the Electoral College vote of the 2020 Presidential Election. The Defendant was aware that there would be a joint session at the U.S. Capitol on January 6, 2021, which would be presided over by Vice President Mike Pence.

9. On January 6, 2021, the Defendant entered the grounds of the Capitol despite seeing signs and indications that he was not permitted to be there. For example, while in the restricted area on Capitol grounds, the Defendant took a video of rioters pushing back the police line that had formed in the grass. The Defendant then followed those rioters to the west plaza.

10. The Defendant entered the Capitol building at 2:42 PM through the Senate Fire Door on the west side of the Capitol building. Before entering the building, the Defendant jumped over a railing to be one of the first to breach the door. After entering the Capitol building, he remained towards the front of the crowd of rioters as the officers deployed chemical irritant to hold the crowd back. The crowd chanted, among other things, "Whose house, our house"; "stop the steal"; "get out of the way" (to officers); and "let us into the chamber."

11. The Defendant surged forward further into the capitol building with the crowd until the crowd stopped at a police line. The Defendant was at the front of the crowd. He approached officers and said, "big day for your career huh." The crowd was aggressively shouting at the officers and eventually overran the police line. The Defendant went through the hallway with the rioters. As they ran through the building, rioters yelled, "Let us into the chamber!" and "It's over!"



*Image 1: Screenshot of a video obtained from a search warrant from one of the Defendant's electronic devices*

12.     As the Defendant approached a set of stairs in the Capitol building, he exclaimed, "which is the right way?" The Defendant went up the stairs to the second floor and subsequently entered the Senate Chamber.



*Image 2: Screenshot of a video obtained from a search warrant from one of the Defendant's electronic devices*

13.     Once the Defendant entered the Senate Chamber, he began sifting through desks on the floor of the U.S. Senate.

14.     At one point, another rioter asked where they were and the Defendant responded, "this is the Senate."

15.     While on the Senate floor, the Defendant stole a white coaster from Senator Manchin's desk. The Defendant also took a selfie with the coaster and captioned it "Got a little

souvenir today. From the new most powerful senator in the senate". The coaster was later recovered during a search of the Defendant's residence.



*Image 3: Photo obtained from a search warrant from one of the Defendant's electronic devices*

16. The Defendant remained on the Senate floor until officers removed him from the Senate Chamber and the Capitol building at approximately 3:09 PM.

17. After being removed from the building, the Defendant re-entered the building through a broken window on the west side of the Capitol building at approximately 3:29 PM. He remained in the building for another 10 minutes and exited through the Senate Wing Door.

18. The Defendant remained on Capitol grounds until at least 4:00 PM.

19.     On January 10, 2021 the Defendant sent a text message to an individual that stated, in part, "My temptation to share my selfie if so high" and "Statute of limitations on unlawful entry?"

20.     The Defendant took the following "selfie" while on the Senate floor:



*Image 4: Photo obtained from a search warrant from one of the Defendant's electronic devices*

21.     On January 10, 2021, the Defendant sent a series of text message to a different individual that stated, "My temptation to share my selfie if so high"; "But I know it's not smart"; "But it's SO COOL"; "It's SO GOOD"; "my eyes red from the gas I the air"; and "It's such a GOOD PHOTO".

### *Elements of the Offense*

22. The parties agree that Entering and Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(1) requires the following elements:

   a. First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so.

   b. Second, the defendant did so knowingly.

### *Defendant's Acknowledgments*

23. The Defendant further admits that he knowingly and without authority to do so entered and remained in a restricted building, specifically the United States Capitol, where the Vice President was temporarily visiting.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Taylor L. Fontan
      Taylor Fontan
      Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Ryan Orlando, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 08/22/2024

*Ryan Orlando*
Ryan Orlando
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 8/22/2024

*Maria Jacob*
Maria Jacob
Attorney for Defendant