## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>RYAN ORLANDO )<br>)<br>Defendant. )<br>_____) | 24-cr-0040 (CKK) |

### NOTICE OF DEFENDANT'S CONSENT TO
### GOVERNMENT MOTION TO DISMISS CASE

Ryan Orlando, through undersigned counsel, consents to the request filed by the government to dismiss the indictment against him with prejudice. ECF No. 41.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Maria N. Jacob
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500